```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -:
BENJAMIN WATERS,                            : 09 Civ. 3720 (BSJ) (JCF)
                                            :
                Plaintiff,                  :    O R D E R
                                            :
        - against -                         :
                                            :
OFFICER EPPS, OFFICER JOHN DOE,             :
                                            :
                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - -:
```
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on April 22, 2010, it is hereby ORDERED as follows:

1. All discovery shall be completed by August 31, 2010.

2. The pretrial order shall be submitted by September 30, 2010 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        April 22, 2010

Copies mailed this date:

Benjamin Waters
2410-70-1081
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, New York 11370

Matthew Weir, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/10

1